DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
CONNIE L STRONG ) Case No. 05-59142 CN
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2480295 for an unclaimed dividend in the amount of $3.09. The name and address of the claimant entitled to the unclaimed dividend is as follows;

        CONNIE L STRONG
        9501 W SAHARA AVE #1073
        LAS VEGAS, NV 89117

Dated: December 02, 2010

                                            DEVIN DERHAM-BURK, TRUSTEE